# Certification of Service

I, Christopher J. O'Byrne III, certify that on 8/4/2025, I sent a true and correct copy of the following documents to the following creditors via USPS regular mail:

Chapter 13 Plan

```
Capital One
11013 W Broad St
Glen Allen, VA 23060

Ccb/Goodsam
Po Box 182120
Columbus, OH 43218

Discovercard
Pob 15316
Wilmington, DE 19850

Esb/Harley Davidson Cr
4150 Technology Way
Carson City, NV 89706

Jetblue Barclays
Po Box 10497
Greenville, SC 29603

Missionlntab
Po Box 105286
Atlanta, GA 30348

Nr/Sms/Cal
75 Beattie Pl Ste 300
Greenville, SC 29601

Tbom Retail 8405
Sw Nimbus Ave Beaverton, OR
97008

Workers Cu
815 Main St
Fitchburg, MA 01420
```

| | |
|---|---|
| /s/ Christopher J. O'Byrne III | 8/4/2025 |
| Christopher J. O'Byrne III | Date |
| *Debtor* | |