UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Christopher J. O'Byrne III,

Chapter 13

Case No. 25-11509

Debtor.

**SUPPLEMENTAL DECLARATION OF SUSAN M. LALOND O'BYRNE, AS ATTORNEY-IN-FACT FOR THE DEBTOR CHRISTOPHER J. O'BYRNE, III, REGARDING POSTPETITION MORTGAGE CURE AND MAINTENANCE PAYMENTS**

I, Susan M. Lalond O'Byrne, declare under penalty of perjury:

1. I am the Debtor's Attorney-in-Fact pursuant to a Limited Power of Attorney previously recognized by this Court in this case.

2. I submit this Supplemental Declaration in support of the Debtor's Late-Filed Limited Objection (ECF No. 69) and the Debtor's Supplemental Opposition to Movant's Motion for Relief from the Automatic Stay (ECF No. 52). This declaration is limited to the postpetition payment-default issue asserted as "cause" in Movant's motion.

3. Movant's motion seeks stay relief based on alleged postpetition payment defaults.

4. The Debtor has made the cure payments and has maintained ongoing payments. The following payments were debited from the Debtor's bank account to Movant/its servicer (as shown in the bank debit advices attached as Exhibits A–C):

   a. $500.00 — 02/17/2026 — Payee/Description: "External Withdrawal NEWREZ-SHELLPOINT … ACH PMT" — Exhibit A.

   b. $500.00 — 02/20/2026 — Payee/Description: "External Withdrawal NEWREZ-SHELLPOINT … ACH PMT" — Exhibit B.

c. $2,893.18 — authorized for 02/28/2026, debited 03/02/2026 — Payee/Description: "PREAUTHORIZED DEBIT NEWREZ-SHELLPOIN ACH PMT" — Exhibit C.

d. $2,893.18 — authorized for 03/07/2026, debited 03/09/2026 — Payee/Description: "PREAUTHORIZED DEBIT NEWREZ-SHELLPOIN ACH PMT" — Exhibit C.

1. Based on these payments, the asserted postpetition default has been cured and Movant's interest is adequately protected. See 11 U.S.C. § 361.

2. The Debtor is proceeding under the Chapter 13 cure-and-maintain framework, which permits reinstatement of the original mortgage payment schedule following default. See *Di Pierro v. Taddeo* (*In re Taddeo*), 685 F.2d 24 (2d Cir. 1982).

3. I respectfully request that the Court deny Movant's motion as moot, or alternatively continue the matter briefly and/or enter an appropriate conditional order keyed to continued payment performance. See *Mendoza v. Temple-Inland Mortg. Corp.* (*In re Mendoza*), 111 F.3d 1264 (5th Cir. 1997).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2026

/s/ Susan M. Lalond O'Byrne
Susan M. Lalond O'Byrne, as
Attorney-in-Fact for the Debtor,
Christopher J. O'Byrne, III

# EXHIBIT A



## Transaction Confirmation

To whom it may concern,  
We confirm having received the following transaction order:

Date of export  
**March 10, 2026 10:54 AM**

| | |
|---|---|
| Account Holder Name | **SUSAN M LALOND-OBYRNE** |
| Account BBAN | ▮▮▮▮1234 |

### Transaction Details

| | |
|---|---|
| Amount | -$500.00 |
| Running Balance | $1,296.71 |
| Date | 2/17/26 |
| Original Description | External Withdrawal NEWREZ-SHELLPOIN ▮▮▮▮16238 ACH PMT |
| Enriched Description | External Withdrawal NEWREZ-SHELLPOIN ▮▮▮▮6238 ACH PMT |

**EXHIBIT B**



# Transaction Confirmation

To whom it may concern,
We confirm having received the following transaction order:

Date of export
March 10, 2026 10:59 AM

Account Holder Name    **SUSAN M LALOND-OBYRNE**

Account BBAN

**Transaction Details**

| | |
|---|---|
| Amount | -$500.00 |
| Running Balance | $1,891.51 |
| Date | 2/20/26 |
| Original Description | External Withdrawal NEWREZ-SHELLPOIN 016329 - ACH PMT |
| Enriched Description | External Withdrawal NEWREZ-SHELLPOIN 16329 - ACH PMT |

EXHIBIT C



Citizens Que... *3621

Show account info

**March 9, 2026**

| PREAUTHORIZED DEBIT | -$2,893.18 |
| NEWREZ-SHELLPOIN ACH PMT | $337.54 |

| ONLINE TRANSFER | $3,000.00 |
| FROM CHECKING 1411113656 | $3,230.72 |

**March 3, 2026**

| FEE | -$0.00 |
| OVERDRAFT ( 1 AT $35) - CITIZENS FEE RELIEF WAIVER$ 35 | $230.72 |

| ONLINE TRANSFER | $2,800.00 |
| FROM CHECKING 1411113656 | $230.72 |

**March 2, 2026**

| PREAUTHORIZED DEBIT | -$2,893.18 |
| NEWREZ-SHELLPOIN ACH PMT | -$2,569.28 |

**February 11, 2026**

INTEREST $0.01



Accounts | Transfer | Send | Pay Bills | Deposit